BELLON & MANINGO, LTD.
LANCE A. MANINGO, ESQ.
Nevada Bar No. 6405
732 S. Sixth Street, Suite 102
Las Vegas, Nevada 89101
Telephone: (702) 452-6299
Facsimile: (702) 452-6298
Email: lam@bellonandmaningo.com
Attorney for Defendant PFRENDER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HAROLD PFRENDER,<br><br>    Defendant. | 2:16-CR-00335-JCM-CWH<br>(First Request) |

Certification: This Stipulation and Order is being timely filed.

### STIPULATION AND ORDER TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED by Defendant Harold R. Pfrender, by and through his counsel, LANCE A. MANINGO, ESQ., of Bellon & Maningo, Ltd., and Plaintiff, United States of America, STEVEN W. MYHRE, Acting United States Attorney, and DANIEL COWHIG, and KILBY MACFADDEN, Assistant United States Attorneys, stipulate and request that the Court continue sentencing status hearing, currently scheduled for October 16, 2017, until after May 1, 2018, or to a date convenient for the Court.

This Stipulation is entered into for the following reasons:

1.     The government's investigation into related criminal activity by others is ongoing;

2. The defendant's plea agreement includes cooperation provisions. The instant case is related to *U.S. v. Daniel M. Boyar, et al*, 2:17-cr-21-JCM-GWF, currently scheduled for trial in March 2018;

3. Accordingly, in the view of the government and the defendant, this case is not ripe for sentencing. Defendant Pfrender is not in custody, and specifically requests this continuance;

4. Defendant Pfrender waives any right he may have to a speedy sentencing in this matter;

5. That denial of this request for a continuance could result in a miscarriage of Justice;

6. That this is the first request for a continuance of the sentencing date in this case.

RESPECTFULLY SUBMITTED this 2nd day of August, 2017.

Bellon & Maningo, Ltd                   United States of Attorney

By: _/s/ Lance Maningo_                 By: _/s/ Daniel Cowhig_
LANCE A. MANINGO, ESQ.                  DANIEL COWHIG
Attorney for Defendant                  Assistant United States Attorney

                                        By: _/s/ Kilby Macfadden_
                                        KILBY MACFADDEN
                                        Assistant United States Attorney

BELLON & MANINGO, LTD.
732 SOUTH SIXTH STREET, SUITE 102
LAS VEGAS, NEVADA 89101
702-452-6299 • 702-452-6298 FAX

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HAROLD PFRENDER,<br><br>    Defendant. | 2:16-CR-00335-JCM-CWH<br>(First Request) |

## FINDINGS OF FACTS

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. The government's investigation into related criminal activity by others is ongoing;

2. The defendant's plea agreement includes cooperation provisions. The instant case is related to *U.S. v. Daniel M. Boyar, et al*, 2:17-cr-21-JCM-GWF, currently scheduled for trial in March 2018;

3. Accordingly, in the view of the government and the defendant, this case is not ripe for sentencing. Defendant Pfrender is not in custody, and specifically requests this continuance;

4. Defendant Pfrender waives any right he may have to a speedy sentencing in this matter;

5. That denial of this request for a continuance could result in a miscarriage of Justice;

6. That this is the first request for a continuance of the sentencing date in this case.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendants in a speedy trial, since the failure to grant said continuance would

3

be likely to result in a miscarriage of justice and would deny the defendant continuous treatment as ordered by United States Pretrial Services. The continuance sought herein is excludable under the Speedy Trial Act, Title 18 United States Code Section 3161(h)(3)(A), and Title 18 United States Code Sections 3161(h)(7)(A), considering the factors under Title 18 United States Code Sections 3161(h)(7)(B)(i) and 3161 (h)(7)(B)(iv).

## ORDER

IT IS THEREFORE ORDERED that sentencing in this matter currently scheduled for October 16, 2017, at 10:00 a.m. be vacated and continued to **May 7, 2018 at 10:30 a.m.**

DATED August 3, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

_/s/ Lance Maningo_
BELLON & MANINGO, LTD.
LANCE A. MANINGO, ESQ.
Nevada Bar No.: 006405
Attorney for Defendant

4