Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant PFRENDER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HAROLD PFRENDER, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:16-CR-00335-JCM-CWH <br> (Third Request) |

Certification: This Stipulation and Order is being timely filed.

## **STIPULATION AND ORDER TO CONTINUE SENTENCING**

IT IS HEREBY STIPULATED by Defendant Harold R. Pfrender, by and through his counsel, LANCE A. MANINGO, ESQ., of Maningo Law, and Plaintiff, United States of America, DAYLE ELIESON, United States Attorney, and DANIEL COWHIG, Assistant United States Attorney, stipulate and request that the Court continue sentencing status hearing, currently scheduled for September 20, 2018, until mid-January 2019, or to a date convenient for the Court.

This Stipulation is entered into for the following reasons:

1. The government's investigation into related criminal activity by others is ongoing;

1

MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com

2. The defendant's plea agreement includes cooperation provisions. The instant case is related to *U.S. v. Daniel M. Boyar, et al*, 2:17-cr-21-JCM-GWF, currently scheduled for trial in September 2018;

3. Accordingly, in the view of the government and the defendant, this case is not ripe for sentencing. Defendant Pfrender is not in custody, and specifically requests this continuance;

4. Defendant Pfrender waives any right he may have to a speedy sentencing in this matter;

5. That denial of this request for a continuance could result in a miscarriage of Justice;

6. That this is the third request for a continuance of the sentencing date in this case.

RESPECTFULLY SUBMITTED this 20th day of August, 2018.

| Maningo Law | United States of Attorney |
|---|---|
| By: */s/ Lance Maningo* <br> LANCE A. MANINGO, ESQ. <br> Attorney for Defendant | By: */s/ Daniel Cowhig* <br> DANIEL COWHIG <br> Assistant United States Attorney |

MANINGO LAW
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
www.maningolaw.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | 2:16-CR-00335-JCM-CWH |
| Plaintiff, ) | (Third Request) |
| ) | |
| vs. ) | |
| ) | |
| HAROLD PFRENDER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. The government's investigation into related criminal activity by others is ongoing;

2. The defendant's plea agreement includes cooperation provisions. The instant case is related to *U.S. v. Daniel M. Boyar, et al*, 2:17-cr-21-JCM-GWF, currently scheduled for trial in September 2018;

3. Accordingly, in the view of the government and the defendant, this case is not ripe for sentencing. Defendant Pfrender is not in custody, and specifically requests this continuance;

4. Defendant Pfrender waives any right he may have to a speedy sentencing in this matter;

5. That denial of this request for a continuance could result in a miscarriage of Justice;

6. That this is the third request for a continuance of the sentencing date in this case.

/ / / /

/ / / /

3

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendants in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice and would deny the defendant continuous treatment as ordered by United States Pretrial Services. The continuance sought herein is excludable under the Speedy Trial Act, Title 18 United States Code Section 3161(h)(3)(A), and Title 18 United States Code Sections 3161(h)(7)(A), considering the factors under Title 18 United States Code Sections 3161(h)(7)(B)(i) and 3161 (h)(7)(B)(iv).

## ORDER

IT IS THEREFORE ORDERED that sentencing in this matter currently scheduled for September 20, 2018, at 10:30 a.m. be vacated and continued to **January 22, 2019 at 10:00 a.m.,** in the above-noted Federal Courthouse.

DATED August 22, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:

MANINGO LAW

By: _/s/ Lance Maningo_
   Lance A. Maningo
   Nevada Bar No. 6405
   400 South 4th Street, Suite 650
   Las Vegas, Nevada 89101
   Attorney for Defendant