Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant PFRENDER

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | 2:16-CR-00335-JCM-CWH |
| Plaintiff, | ) | (Fourth Request) |
| | ) | |
| vs. | ) | |
| | ) | |
| HAROLD PFRENDER, | ) | |
| | ) | |
| Defendant. | ) | |

Certification: This Stipulation and Order is being timely filed.

## STIPULATION AND ORDER TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED by Defendant Harold R. Pfrender, by and through his counsel, LANCE A. MANINGO, ESQ., of Maningo Law, and Plaintiff, United States of America, NICHOLAS A. TRUTANICH, United States Attorney, and DANIEL COWHIG, that sentencing, currently scheduled for January 22, 2019 at 10:00 a.m., be vacated and continued to a date and time convenient for this Court; however, in no event earlier than thirty (30) days from the present date of sentencing.

This Stipulation is entered into for the following reasons:

1. Defendant Pfrender was recently instructed by a doctor that he needs to be evaluated by a dermatologist as soon as possible for potential skin cancer;

1

2. Defendant Pfrender is in the process of trying to get in to see a dermatologist, but is unable to see the doctor prior to sentencing;

3. Defendant Pfrender waives any right he may have to a speedy sentencing in this matter;

4. That denial of this request for a continuance could result in a miscarriage of Justice;

5. That this is the fourth request for a continuance of the sentencing date in this case.

RESPECTFULLY SUBMITTED this 18th day of January, 2019.

Maningo Law

NICHOLAS A. TRUTANICH
United States of Attorney

By:   /s/   Lance Maningo
LANCE A. MANINGO, ESQ.
Attorney for Defendant

By:   /s/   Daniel J. Cowhig
DANIEL J. COWHIG
Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | 2:16-CR-00335-JCM-CWH |
| Plaintiff, ) | (Fourth Request) |
| ) | |
| vs. ) | |
| ) | |
| HAROLD PFRENDER, ) | |
| ) | |
| Defendant. ) | |

## **FINDINGS OF FACTS**

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

1. Defendant Pfrender was recently instructed by a doctor that he needs to be evaluated by a dermatologist as soon as possible for potential skin cancer;

2. Defendant Pfrender is in the process of trying to get in to see a dermatologist, but is unable to see the doctor prior to sentencing;

3. Defendant Pfrender waives any right he may have to a speedy sentencing in this matter;

4. That denial of this request for a continuance could result in a miscarriage of Justice;

5. That this is the fourth request for a continuance of the sentencing date in this case.

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendants in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice and would deny the defendant continuous treatment as ordered by United States Pretrial Services. The continuance sought herein is

3

excludable under the Speedy Trial Act, Title 18 United States Code Section 3161(h)(3)(A), and Title 18 United States Code Sections 3161(h)(7)(A), considering the factors under Title 18 United States Code Sections 3161(h)(7)(B)(i) and 3161 (h)(7)(B)(iv).

### **ORDER**

IT IS THEREFORE ORDERED that sentencing in this matter currently scheduled for January 22, 2019, at 10:00 a.m. be vacated and continued to February 22, 2019 at 10:00 a.m. in the above-noted Federal Courthouse.

DATED January 18, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully Submitted By:

**MANINGO LAW**

By: _/s/ Lance Maningo_
Lance A. Maningo
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant