FILED _____ _____RECEIVED
ENTERED _____ _____SERVED ON
COUNSEL/PARTIES OF RECORD

MAR 2 8 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA , | 2:16-CR-335-JCM-CWH |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| HAROLD ROBERT PFRENDER, JR., | |
| Defendant. | |

This Court found that Harold Robert Pfrender, Jr., shall pay the in personam criminal forfeiture money judgment of $359,291 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p). Criminal Information, ECF No. 3; Plea Agreement, ECF No. 5; Preliminary Order of Forfeiture, ECF No. 6; Change of Plea, ECF No. 7.

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

To comply with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017), the government reduced the in personam criminal forfeiture money judgment amount to $35,929.10.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Harold Robert Pfrender, Jr., the in personam criminal forfeiture money judgment of $35,929.10, not to be held jointly and severally liable with his

codefendants and the collected money judgment amount between the codefendants is not to exceed $3,300,000 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(8)(B); and 21 U.S.C. § 853(p).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 28th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE